IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RALF OLAH,<br><br>       Plaintiff,<br><br>v.<br><br>O'REILLY AUTOMOTIVE STORES, INC.<br>d/b/a O'REILLY AUTO PARTS,<br><br>       Defendant. | CIVIL ACTION FILE NO.<br><br>4:18-cv-00111-CDL |

**CONSENT MOTION TO EXTEND PRETRIAL DEADLINES**

  Plaintiff Ralf Olah ("Olah" or "Plaintiff") and Defendant O'Reilly Automotive Stores, Inc. ("O'Reilly" or "Defendant"), (the "parties" collectively), move to extend the existing pretrial deadlines in this case as follows:

  1. On September 16, 2019, the Court ruled on Defendant's Motion for Summary Judgment. [Dkt. 27-0]. Pursuant to the parties' scheduling and discovery order [Dkt. 7], a joint proposed pretrial order is due October 16, 2019 (thirty days after adjudication of summary judgment motions).

  2. The parties are currently engaging in settlement discussions in an attempt to resolve this matter prior to trial, and would like additional time to see if a settlement agreement can be reached. Further, the travel schedules and other commitments of both parties' counsel over the next two months, including an extended personal leave the first two weeks of December by Plaintiff's counsel, will prevent them from having adequate time to prepare for trial in the event settlement negotiations are unsuccessful.

3.      The parties therefore respectfully request that the deadline for filing the pretrial order be extended through and including January 7, 2020, and propose a trial date in early February, 2020. All other pretrial deadlines shall be extended accordingly per the Local Rules. A proposed order is attached hereto for the Court's convenience.

Respectfully submitted this 16th day of October, 2019.

| **The Roper Law Firm** | **HAWKINS PARNELL & YOUNG, LLP** |
|---|---|
| */s/ John W. Roper* | */s/ Ronald G. Polly, Jr.* |
| John W. Roper | Ronald G. Polly, Jr. |
| Georgia Bar No: 614159 | Georgia Bar No. 583264 |
| 233 12th Street, Suite 602 | rpolly@hpylaw.com |
| Columbus, Georgia 31901 | Parsa Fattahi |
| (706) 596-5353 | Georgia Bar No. 154232 |
| Fax: (706) 596-5383 | pfattahi@hpylaw.com |
| johnroper@roperlaw.com | 303 Peachtree Street, NE |
|  | Suite 4000 |
|  | Atlanta, Georgia 30308 |
| *Attorney for Plaintiff Ralf Olah* | Telephone: (404) 614-7400 |
|  | Facsimile: (404) 614-7500 |
|  | *Attorneys for Defendant O'Reilly Automotive Stores, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RALF OLAH,<br><br>    Plaintiff,<br><br>v.<br><br>O'REILLY AUTOMOTIVE STORES, INC.<br>d/b/a O'REILLY AUTO PARTS,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>4:18-cv-00111-CDL |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing JOINT MOTION TO EXTEND PRETRIAL DEADLINES with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

John W. Roper<br>
THE ROPER LAW FIRM<br>
233 12th Street, Suite 602<br>
Columbus, Georgia 31901<br>
johnroper@roperlaw.com

Dated: October 16, 2019.

               */s/ Ronald G. Polly, Jr.*
               Ronald G. Polly, Jr.
               Georgia Bar No. 583264

iManage 12760686v.1